In re:  
Ann T. Parrick  
    Debtor

Case No. 23-02241-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 17, 2023      Form ID: pdf010      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann T. Parrick, 75 Main Street, Duryea, PA 18642-1022 |
| 5569416 | + | Corner Post FCU, PO Box 1172, Wilkes-Barre, PA 18703-1172 |
| 5569417 | + | Corner Post FCU, 566 South Main Street, Wilkes-Barre, PA 18701-2102 |
| 5569420 | + | Joseph Parrick, 75 Main Street, Duryea, PA 18642-1022 |
| 5569421 | + | Kline Law Office, 714 Bridge Street, New Cumberland, PA 17070-1623, Attn Robert P. Kline, Esq. |
| 5569422 | + | Leopold and Associates PLLC, 275 Curry Hollow Road Bldg I Suite 280, Pittsburgh PA 15236-4655, Attn Nicholas Raker Esq. |
| 5569424 | | M&T Bank, One M&T Plaza, Buffalo, NY 14203 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Oct 17 2023 18:45:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5569411 | + | Email/PDF: bncnotices@becket-lee.com | Oct 17 2023 19:01:44 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5570976 | + | Email/Text: bkfilings@zwickerpc.com | Oct 17 2023 18:45:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5569412 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 17 2023 18:45:00 | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 5569413 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2023 19:01:27 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5571984 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2023 19:01:27 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5569414 | + | Email/Text: bankruptcy@cavps.com | Oct 17 2023 18:45:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5569415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 19:01:43 | Citicards CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5569418 | | Email/Text: mrdiscen@discover.com | Oct 17 2023 18:44:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5571084 | | Email/Text: mrdiscen@discover.com | Oct 17 2023 18:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5569419 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 17 2023 18:44:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5569423 | | Email/Text: camanagement@mtb.com | Oct 17 2023 18:45:00 | M&T Bank, 1100 Wehrle Drive, Buffalo, NY 14240 |
| 5569425 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 18:51:03 | SYNCB/ JC Penney, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5569426 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 17 2023 18:51:03 | SYNCB/American Eagle, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5569427 | + | Email/Text: bncmail@w-legal.com | Oct 17 2023 18:45:00 | TD Bank USA Target Credit, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 5569428 | + | Email/Text: bkfilings@zwickerpc.com | Oct 17 2023 18:45:00 | Zwicker and Associates, 3220 Tillman Drive Suite 215, Bensalem PA 19020-2028, Attn Andrew Loewy Esq. |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Ann T. Parrick zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **ANN T. PARRICK,** : **Chapter 13**
    aka Ann Theresa Parrick, : **Case No. 5:23-bk-02241-MJC**
       Debtor, :

## ORDER DISMISSING CASE ON PRAECIPE TO DISMISS CASE AS OF RIGHT

Upon consideration of the **Praecipe to Dismiss Case as of Right** filed by Debtor **ANN T. PARRICK**, Dkt. # 15, it is hereby **ORDERED** that the above-captioned case be and is hereby **DISMISSED.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 16, 2023